IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAVID HENRY CROWEL, *et ux.*,   )
        Plaintiffs   )
        v.   )        No. 3:06-cv-060
CITY OF MADISONVILLE, *et al.*,   )
        Defendants   )

## **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Doc. 23] be, and the same hereby is, GRANTED IN PART and DENIED IN PART whereby the court takes the following actions:

    (1)    This lawsuit is DISMISSED WITH PREJUDICE as to all causes of action against the following defendants:

        (a)    The City of Madisonville, Tennessee;

        (b)    All of the individual police officers to the extent they have been sued in their official capacities; and

(c) All unknown police officers;

(2) Plaintiffs' § 1983 claims for excessive force are DISMISSED WITH PREJUDICE as to all remaining defendants;

(3) Plaintiffs' § 1983 action for their arrest without probable cause is DISMISSED WITH PREJUDICE only against defendants Daniel Dockery, Kevin Peak, and Chris Wilburn, acting in their individual capacities; and

(4) Plaintiffs' state law claims for assault and battery are DISMISSED WITHOUT PREJUDICE as to all defendants.

Consequently, the only claims remaining for trial are plaintiffs' § 1983 claims for their arrest without probable cause against defendants James D. Bivens and John R. Wilburn, acting in their individual capacities.

**E N T E R :**

*s/ Thomas W. Phillips*
UNITED STATES DISTRICT JUDGE